# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Fort Worth Division*

April Jackson, Gwendolyn Holland, and Lason
Plaintiff

v.

4:16-cv-00635-O
Civil Action No.

Bluestem Group Inc., et al.
Defendant

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants Bluestem Group Inc. and Bluestem Sales, Inc. d/b/a Fingerhut

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Bluestem Sales, Inc. is wholly owned by Northstar Holding, Inc. Northstar Holdings, Inc. is wholly owned by Bluestem Group, Inc. A portion of Bluestem Group, Inc. is publicly traded on OTC markets under the symbol BGRP.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

April Jackson, Gwendolyn Holland, Lasonia Frazier, Bluestem Brands, Inc., Northstar Holdings, Inc., Bluestem Group, Inc., Jefferson Capital, WebBank.

|  |  |
|---|---|
| Date: | July 29, 2016 |
| Signature: | /s/ Michael H. Bernick |
| Print Name: | Michael H. Bernick |
| Bar Number: | Texas Bar No. 24078227 |
| Address: | 811 Main Street, Suite 1700 |
| City, State, Zip: | Houston, Texas 77002-6110 |
| Telephone: | 713-469-3834 |
| Fax: | 713-469-3899 |
| E-Mail: | MBernick@ReedSmith.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons